# UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Glenn E. Miller** | \| | **Chapter 13** |
| **Debtor(s)** | \| | **BK No. 19-10105-elf** |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on November 13, 2019 along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on November 13, 2019.

3. A response was due on or before December 4, 2019.

4. As of today, no response to said Application has been received.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
  Joseph L. Quinn, Esquire
  Attorney for Debtor
  Attorney I.D. No. 307467
  Ross, Quinn & Ploppert, P.C.
  192 S. Hanover Street, Suite 101
  Pottstown, PA 19464
  Ph: (610) 323-5300

Dated: December 16, 2019