IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Glenn E. Miller                :        Chapter 13
           Debtor             :        Bankruptcy No.: 19-10105-elf

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed December 18, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on December 19, 2019:*

Zachary Singleton, Secured Bankruptcy Specialist
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Victoria Mosby, Bankruptcy Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Margaret A. Young, Treasurer
Springfield Township
50 Powell Road
Springfield, PA 19064

Kelly S. King, CEO
BB&T Bank
200 West Second Street
Winston-Salem, NC 27101

*via Electronic Filing (ECF on December 19, 2019:*

Jerome B. Blank on behalf of Creditor LSF11 Master Participation Trust
paeb@fedphe.com

Robert J. Davidow on behalf of Creditor U.S. Bank Trust, N.A., LSF11 Master Participation Trust
robert.davidow@phelanhallinan.com

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman (Chapter 13)
ecfmail@readingch13.com

Rebecca Ann Solarz on behalf of Creditor The Bank of New York Mellon
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq,. Chapter 13 Trustee
ECFmail@fredreiglech13.com

                                       **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*_____
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        101 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@RQPLaw.com
Date: December 19, 2019    Counsel for Debtors