```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                     Case No. 19-10105-elf
Glenn E. Miller                                            Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4        User: Randi              Page 1 of 2         Date Rcvd: Dec 23, 2019
                            Form ID: pdf900          Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db             +Glenn E. Miller,    181 Mountain Mary Road,    Boyertown, PA 19512-7820
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr             +The Bank of New York Mellon,    c/o Janet M Spears/Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,   San Diego, CA 92177-7921
14255196       +First Niagara Bank,    4910 Tiedeman Rd,   Brooklyn, OH 44144-2338
14255198       +KML Law Group,    701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14420949       +Ross, Quinn & Ploppert, P.C.,    192 S. Hanover Street, Suite 101,    Pottstown, PA 19464-6096
14255200      ++SETERUS INC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Seterus Inc,    14523 Sw Millikan Way,    Beaverton, OR 97005)
14255201       +Springfield Township,    1510 Paper Mill Road,   Glenside, PA 19038-7032
14278926       +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
14259912       +THE BANK OF NEW YORK MELLON,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
14269406       +The Bank of New York Mellon,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14264798       +U.S. BANK TRUST, N.A.,    LSF11 MASTER PARTICIPATION TRUST,
                 Phelan, Hallinan, Diamond & Jones, PC,    1617 JFK Boulevard, Ste 1400,
                 Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2019 08:14:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 24 2019 08:14:22    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 07:54:47     Orion (Verizon),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14255195       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 24 2019 08:14:23
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,   Coral Gables, FL 33146-1873
14270763        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2019 07:49:33     CACH, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,   Greenville, SC 29603-0587
14255197        E-mail/Text: cio.bncmail@irs.gov Dec 24 2019 08:13:44    Department of the Treasury - IRS,
                 Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
14289091       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 24 2019 08:15:00
                 LSF11 Master Participation Trust,    c/o Caliber Home Loans,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14255199       +E-mail/Text: Diane@mvrlaw.com Dec 24 2019 08:13:39    Martha E. Von Rosenstiel, P.C.,
                 649 South Avenue, Suite 7,    Secane, PA 19018-3541
14256234       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 07:55:08     Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
14273642*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Insolvency Section,   PO Box 21126,
                 Philadelphia, PA 19114)
14278928*      +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
14255202      ##+Trident Asset Manageme,    53 Perimeter Center East,   Atlanta, GA 30346-2230
                                                                                 TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-4          User: Randi              Page 2 of 2              Date Rcvd: Dec 23, 2019
                              Form ID: pdf900          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    LSF11 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Debtor Glenn E. Miller CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    U.S. BANK TRUST, N.A.,LSF11 MASTER PARTICIPATION
               TRUST robert.davidow@phelanhallinan.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLENN E. MILLER | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 19-10105 ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: 12/23/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**