IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Glenn E. Miller                    :        Chapter 13
                          Debtors          :        Bankruptcy No.: 19-10105-elf

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1.      That I am the attorney for Glenn E. Miller, Debtor in the above-captioned matter.

2.      That an application for compensation was filed by Debtor's attorney on November 13, 2019.

3.      A certificate of service was filed with this Court on November 13, 2019, declaring timely service to parties in interest.

4.      A certificate of no response to Counsel's application for compensation was filed with this Court on December 16, 2019.

5.      As per the dismissal order dated December 23, 2019, Counsel certifies:

   a.   No objection has been filed to the proposed compensation payable to Counsel as an administrative expense; and

   b.   No additional applications for payment of administrative expenses have been filed.

**ROSS, QUINN & PLOPPERT, P.C.**

BY:      */s/ Joseph Quinn*_____
            Joseph Quinn, Esquire
            Attorney I.D. No. 307467
            192 S. Hanover Street, Suite 100
            Pottstown, PA  19464
            T: (610) 323 - 5300
            F: (610) 323 - 6081
Date:  January 21, 2020            JQuinn@rqplaw.com